(January 14, 1997)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WORLEY HALL, Appellant. [652 NYS2d 516] —Judgment, Supreme Court, New York County (Alfred Kleiman, J., at hearing; Ronald Zweibel, J., at plea and sentence), rendered September 14, 1994, convicting defendant, upon his guilty plea, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

The trial court properly denied defendant's motion to suppress physical evidence. We find no reason to disturb the hearing court's credibility determinations (*see, People v Prochilo,* 41 NY2d 759). We perceive no abuse of sentencing discretion. Concur—Murphy, P. J., Rosenberger, Ellerin and Nardelli, JJ.